**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| Case No: | 11-19232 | PMC | Judge: Pat E. Morgenstern-Clarren | Trustee Name: RICHARD A. BAUMGART |
| Case Name: | Carol J. Perruchon | | | Date Filed (f) or Converted (c): 10/28/2011 (f) |
| | | | | 341(a) Meeting Date: 12/05/2011 |
| For Period Ending: | 12/31/2013 | | | Claims Bar Date: 05/16/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Condominium Located At 3418 Newport Cove, Willoughby, Oh 440 | 150,540.00 | 0.00 | | 0.00 | FA |
| 2. Cash In Pocket | 20.00 | 0.00 | | 0.00 | FA |
| 3. The Huntington National Bank Savings Account No.Xxxxxxxx977 | 4.00 | 0.00 | | 0.00 | FA |
| 4. The Huntington National Bank Checking Account No.Xxxxxxxx821 | 100.00 | 0.00 | | 0.00 | FA |
| 5. The Huntington National Bank Checking Account No.Xxxxxxxx013 | 3.46 | 0.00 | | 0.00 | FA |
| 6. Basic Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Basic Wardrobe | 250.00 | 0.00 | | 0.00 | FA |
| 8. Assurity Life Insurance Policy No.Xxxxxxx944 P.O. Box 82533 | 811.35 | 0.00 | | 0.00 | FA |
| 9. 2010 Hyundai Sonata With 46,000 Miles..Vin No. | 12,805.00 | 0.00 | | 0.00 | FA |
| 10. 2008 Kia Optima With 44,274 Miles..Vin No.Xxxxxxxxxxxxx0122 | 9,265.00 | 0.00 | | 0.00 | FA |
| 11. Computer And Tax Preparation Software | 2,000.00 | 0.00 | | 0.00 | FA |
| 12. Tax Refund (u) | 0.00 | 1.00 | | 0.00 | 1.00 |
| 13. Preference Claim (u) | 5,000.00 | 5,000.00 | | 2,030.00 | 2,970.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.04 | Unknown |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $182,298.81 | $5,001.00 | $2,030.04 | $2,971.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/27/13 - Filed motion for turnover
11/14/13 - Emailed to Debtor's counsel regarding past due payments.
12/12/12 - Debtor has resumed payments and will attempt to become current with next tax refund.
10/8/12 - Debtor was five payments behind. Sent email to Debtor's counsel to cure by 10/22 or we would file motion for turnover.
02/06/12 - Recover preference and tax return and review claims

Initial Projected Date of Final Report (TFR): 04/01/2014          Current Projected Date of Final Report (TFR): 04/01/2014

Trustee Signature:          /s/ RICHARD A. BAUMGART          Date: 01/23/2014

RICHARD A. BAUMGART
1801 East 9th Street - Suite 1100
Cleveland, OH  44114-3169
(216) 696-6000
rbaumgart@dsb-law.com

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-19232

Case Name: Carol J. Perruchon

Taxpayer ID No: XX-XXX5597

For Period Ending: 12/31/2013

Trustee Name: RICHARD A. BAUMGART

Bank Name: Bank of Kansas City

Account Number/CD#: XXXXXX8977

Checking

Blanket Bond (per case limit): $2,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/28/12 | | Transfer from Acct # xxxxxx9794 | Transfer of Funds | 9999-000 | $824.97 | | $824.97 |
| 11/07/12 | 13 | PERRUCHON, CAROL | PREFERENCE | 1241-000 | $150.00 | | $974.97 |
| 12/14/12 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1.04 | $973.93 |
| 12/18/12 | 13 | PERRUCHON, CAROL | PREFERENCE | 1241-000 | $150.00 | | $1,123.93 |
| 01/03/13 | 1001 | Insurane Partners Agency, Inc. 26865 Center Ridge Road Westlake, OH 44145 | Bond Premium | 2300-000 | | $1.75 | $1,122.18 |
| 01/16/13 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1.19 | $1,120.99 |
| 01/31/13 | 13 | PERRUCHON, CAROL | PREFERENCE | 1241-000 | $150.00 | | $1,270.99 |
| 02/14/13 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1.28 | $1,269.71 |
| 03/13/13 | 13 | PERRUCHON, CAROL | PREFERENCE | 1241-000 | $150.00 | | $1,419.71 |
| 03/14/13 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1.71 | $1,418.00 |
| 04/09/13 | 13 | PERRUCHON, CAROL | PREFERENCE | 1241-000 | $150.00 | | $1,568.00 |
| 04/12/13 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $2.02 | $1,565.98 |
| 04/30/13 | | Bank of Kansas City 7500 College Blvd. Suite 1450 Overland Park, KS 66210 | Bank Service Fee | 2600-000 | | $10.00 | $1,555.98 |
| 05/10/13 | 13 | PERRUCHON, CAROL | PREFERENCE | 1241-000 | $150.00 | | $1,705.98 |

Page Subtotals: $1,724.97 $18.99

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-19232

Case Name: Carol J. Perruchon

Taxpayer ID No: XX-XXX5597

For Period Ending: 12/31/2013

Trustee Name: RICHARD A. BAUMGART

Bank Name: Bank of Kansas City

Account Number/CD#: XXXXXX8977

Checking

Blanket Bond (per case limit): $2,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/31/13 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,695.98 |
| 06/06/13 | 13 | CAROL J. PERRUCHON | PREFERENCE | 1241-000 | $150.00 | | $1,845.98 |
| 06/28/13 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,835.98 |
| 07/09/13 | 13 | PERRUCHON, CAROL | PREFERENCE | 1241-000 | $150.00 | | $1,985.98 |
| 07/31/13 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,975.98 |
| 08/30/13 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,965.98 |
| 09/30/13 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,955.98 |
| 10/31/13 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,945.98 |
| 11/29/13 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,935.98 |
| 12/31/13 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,925.98 |

| | | |
|---|---|---|
| COLUMN TOTALS | $2,024.97 | $98.99 |
| Less: Bank Transfers/CD's | $824.97 | $0.00 |
| Subtotal | $1,200.00 | $98.99 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,200.00 | $98.99 |

| | | |
|---|---|---|
| Page Subtotals: | $300.00 | $80.00 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-19232

Case Name: Carol J. Perruchon

Taxpayer ID No: XX-XXX5597

For Period Ending: 12/31/2013

Trustee Name: RICHARD A. BAUMGART

Bank Name: Bank of America

Account Number/CD#: XXXXXX9794

Money Market Account

Blanket Bond (per case limit): $2,000,000.00

Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 02/27/12 | 13 | PERRUCHON, CAROL 14372 THOMPSON BLVD. BROOK PARK, OH 44142 | PREFERENCE | 1241-000 | $210.00 | | $210.00 |
| 03/23/12 | 13 | PERRUCHON, CAROL 14372 THOMPSON BLVD. BROOK PARK, OH 44142 | PREFERENCE | 1241-000 | $210.00 | | $420.00 |
| 03/30/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $0.28 | $419.72 |
| 04/30/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $0.53 | $419.19 |
| 05/01/12 | 13 | CAROL PERRUCHON 14372 THOMPSON BLVD. BROOK PARK, OH 44142 | PREFERENCE | 1241-000 | $210.00 | | $629.19 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.01 | | $629.20 |
| 05/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $0.77 | $628.43 |
| 06/29/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $0.75 | $627.68 |
| 07/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.01 | | $627.69 |
| 07/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $0.82 | $626.87 |
| 08/01/12 | 13 | PERRUCHON, CAROL | PREFERENCE | 1241-000 | $200.00 | | $826.87 |
| 08/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.01 | | $826.88 |
| 08/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1.01 | $825.87 |
| 09/28/12 | INT | Bank of America | Interest | 1270-000 | $0.01 | | $825.88 |

Page Subtotals: $830.04 $4.16

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-19232

Case Name: Carol J. Perruchon

Trustee Name: RICHARD A. BAUMGART

Bank Name: Bank of America

Account Number/CD#: XXXXXX9794

Money Market Account

Taxpayer ID No: XX-XXX5597

For Period Ending: 12/31/2013

Blanket Bond (per case limit): $2,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/28/12 | | Bank of America | Bank Service Charge | 2600-000 | | $0.91 | $824.97 |
| 09/28/12 | | Transfer to Acct # xxxxxx8977 | Transfer of Funds | 9999-000 | | $824.97 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $830.04 | $830.04 |
| Less: Bank Transfers/CD's | $0.00 | $824.97 |
| Subtotal | $830.04 | $5.07 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $830.04 | $5.07 |

Page Subtotals: $0.00 $825.88

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8977 - Checking | $1,200.00 | $98.99 | $1,925.98 |
| XXXXXX9794 - Money Market Account | $830.04 | $5.07 | $0.00 |
| | $2,030.04 | $104.06 | $1,925.98 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $2,030.04 |
| Total Gross Receipts: | $2,030.04 |

Trustee Signature:      /s/ RICHARD A. BAUMGART          Date: 01/23/2014

RICHARD A. BAUMGART
1801 East 9th Street - Suite 1100
Cleveland, OH  44114-3169
(216) 696-6000
rbaumgart@dsb-law.com

Page Subtotals:                                          $0.00              $0.00